**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02452-CMA-CBS

SHERRY MYERS,

    Plaintiff,

v.

CERTEGY PAYMENT RECOVERY SERVICES, INC., a Georgia corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 4), it is

ORDERED that this case is hereby DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  November  05 , 2010

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge